```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,

          Plaintiff(s),        Case No. 2:10-cr-0275-RLH-PAL

vs.

BRADLEY TUBIN,

          Defendant(s).

## SUBSTITUTION OF ATTORNEY

BRADLEY TUBIN (Name of Party) ~~(Plaintiff)~~ (Defendant) hereby substitutes

Daniel J. Albregts (New Attorney)

(Address): 601 S. Tenth Street, Suite 202, Las Vegas, NV 89101

(Telephone): (702) 474-4004 , as attorney of record in place and

stead of: Mace Yampolsky (Present Attorney)

DATED: 2/2/13         _[signature]_ (Signature of Party)

I consent to the above substitution.

DATED: 2/6/2013      _[signature]_ (Signature of Present Attorney)

. . .

. . .

. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 2/1/13                    _____
                                     (Signature of New Attorney)

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: February 8, 2013.

_____
UNITED STATES DISTRICT JUDGE